UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1808

IN RE: SEIZURE WARRANT FOR

EAST CAROLINA BANK ACCOUNT NUMBERED
45373206

ORDER

This case comes before the court on the motion by the government to unseal the application and affidavit for seizure warrant. The government represents that the seizure warrant has been executed thereby rendering moot the need to maintain these documents under seal as set forth in the original motion to seal.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk shall unseal the application and affidavit for seizure warrant and provide a certified copy of this Order to the United States Attorney's Office.

SO ORDERED, this the  6  day of December, 2012.

UNITED STATES MAGISTRATE JUDGE